UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL JOHN SOPCZAK

VERSUS

WARDEN JIM BROWN, ET AL

CIVIL ACTION

NO. 05-1262-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's action is dismissed as legally frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September 10, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA